Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                          Case No.: 21−17869−MBK
                                          Chapter: 13
                                          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tony C. Williams
   10 Evergreen Court
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−8392

Employer's Tax I.D. No.:

---

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

   You are hereby notified that the Clerk has determined that the

- [x] debtor
- [ ] joint debtor

   received a discharge in case number 18−15792 , commenced on March 25, 2018. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

   Objections to this matter must be in writing and filed with the Clerk on or before November 2, 2021 at

                                 U.S. Bankruptcy Court
                                 402 East State Street
                                 Trenton, NJ 08608

   In the event a timely objection is filed, a hearing will be held before the Honorable Judge Michael B. Kaplan on:

DATE:           November 17, 2021
TIME:           9:00 AM
COURTROOM:  3

Dated: October 12, 2021
JAN: mmf

                                                                                       Jeanne Naughton
                                                                                       Clerk